Evaluation Only. Created with Aspose.Pdf. Copyright 2002-2014 Aspose Pty Ltd.

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701  $ 000.27⁵
02 1W
0001401682 JUL. 22. 2015

**7/15/2015**
**JOHNSON, ANTHONY Jr.    Tr. Ct. No. C-4-010370-1353415-A    WR-83,518-01**
This is to advise that the Court has denied without written order the application for
writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

ETTA MARIE BIRDO
P. O. BOX 765315
DALLAS, TX 75376

I A

M3B 75376